```
 1
 2
 3
 4              IN THE UNITED STATES DISTRICT COURT
 5             FOR THE EASTERN DISTRICT OF CALIFORNIA
 6
 7  SHERIE LEMIRE, individually and as )
    personal representative for the    )  2:08-cv-00455-GEB-EFB
 8  Estate of Robert St. Jovite, Gerard)
    Charles St. Jovite and Nicole      )  ORDER CONTINUING STATUS
 9  St. Jovite; GERARD CHARLES ST.     )  (PRETRIAL SCHEDULING)
    JOVITE; NICHOLE ST. JOVITE;        )  CONFERENCE
10  ESTATES OF ROBERT ST. JOVITE,      )
                                       )
11              Plaintiffs,            )
                                       )
12         v.                          )
                                       )
13  CALIFORNIA DEPARTMENT OF           )
    CORRECTIONS AND REHABILITATION;    )
14  ARNOLD SCHWARTZENEGGER,            )
    individually and in his official   )
15  capacity as Governor of the State  )
    of California; JAMES E. TILTON,    )
16  individually and in his official   )
    capacity as Secretary of CA        )
17  Department of Corrections and      )
    Rehabilitation; WARDEN TOM L. CARY,)
18  individually and in his official   )
    capacity as Warden of CSP - Solano;)
19  D.K. SISTO, individually and in    )
    his official capacity as Warden of )
20  CSP-Solano; CAHOON, individually   )
    and in his official capacity as    )
21  Correctional Officer; ALCARAZ,     )
    individually and in his official   )
22  capacity as Correctional Officer;  )
    WADE, individually and in his      )
23  official capacity as Correctional  )
    Officer; ARAGENT, individually and )
24  in his official capacity as        )
    Correctional Officer; ORRICK,      )
25  individually and in his official   )
    capacity as Correctional Officer;  )
26  MARTINEZ, individually and in his  )
    official capacity as Correctional  )
27  Officer; GORDON WONG, individually )
    and in his official capacity; HAK, )
28  MTA, individually and in his       )
```

```
official capacity; ALVARO C.        )
TRAQUINA, M.D., individually and    )
in his official capacity as Chief   )
Medical Officer/Health Care         )
Manager; NORIEGA, individually and  )
in his official capacity; DUSAY,    )
Dr., individually and in his        )
official capacity; NEURING,         )
individually and in his official    )
capacity; ESTATE OF ROBERT ST.      )
JOVITE,                             )
                                    )
              Defendants.           )
_____  )
```

Plaintiffs' Status Report filed May 27, 2008, reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for June 9, 2008, is continued to August 4, 2008, at 9:00 a.m.  A further joint status report shall be filed no later than 14 days prior to the August 4 Status Conference.

Plaintiffs are hereby notified that any defendant not served within the 120 day time period prescribed in Federal Rule of Civil Procedure 4(m) may be dismissed from this action.  To avoid dismissal, a proof of service shall be filed for Dr. Dusay and Lt. Gordon Wong no later than one day after Rule 4(m)'s 120 day time period expires.

If Plaintiffs believe they have good cause to justify extension of Rule 4(m)'s 120-day service period for either or both of these Defendants, Plaintiffs shall file a declaration one day after Rule 4(m)'s 120 day time period expires in which good cause is shown why the action should not be dismissed.

IT IS SO ORDERED.

Dated:  May 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge