UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

    v.                    CIV. NO. S-90-520 LKK/JFM

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

SHERIE LEMIRE, individually and as personal representative for the ESTATE OF ROBERT ST. JOVITE, GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE

        Plaintiffs,

    v.                    CIV. NO. S-08-455 GEB/EFB

ARNOLD SCHWARZENEGGER, et al.,    NON-RELATED CASE ORDER

        Defendants.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed June 20, 2008.  See Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it

1  is inappropriate to relate or reassign the cases, and therefore
2  declines to do so.  This order is issued for informational purposes
3  only, and shall have no effect on the status of the cases,
4  including any previous Related (or Non-Related) Case Order of this
5  court.
6      IT IS SO ORDERED.
7      DATED: June 25, 2008.

10  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
11  UNITED STATES DISTRICT COURT