1   Geri Lynn Green, (State Bar No. 127709)
    LAW OFFICES OF GERI LYNN GREEN_{LC}
2   A Law Corporation
    700 Montgomery Street
3   San Francisco, CA  94111
    Telephone:  (415) 982-2600
4   Facsimile:  (415) 358-4562
    Email:  gerilynngreen@gmail.com
5

6   Attorneys for Plaintiffs
    SHERIE LEMIRE individually and
7   as personal representative for the ESTATE OF
    ROBERT ST. JOVITE; GERARD CHARLES
8   ST. JOVITE and NICOLE ST. JOVITE

9

10                  IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
11                         SACRAMENTO DIVISION

12

13  SHERIE LEMIRE individually and          )   Case No. 2:08-CV-00455-GEB-EFB
    as personal representative for the ESTATE OF  )
14  ROBERT ST. JOVITE; GERARD CHARLES        )
    ST. JOVITE and NICOLE ST. JOVITE         )   **STIPULATION AND [PROPOSED]**
15                                           )   **ORDER TO EXTEND TIME TO**
                                             )   **FILE MOTION TO AMEND**
16          Plaintiffs,                      )   **COMPLAINT TO ADD DOE**
                                             )   **DEFENDANTS**
17       vs.                                 )
                                             )
18  ARNOLD SCHWARZENEGGER, et al.            )
                                             )
19                                           )
            Defendants.                      )
20  _____  )

21

22
    Pursuant to Local Rule 83-143 the parties stipulate as follows:
23
            As per the Court's order of September 5, 2006, the deadline for Plaintiffs to move to amend
24
    their complaint to add Doe defendants for November 1, 2008.
25
            The parties agreed in their Joint Status Report of August 29, 2008 that initial disclosures
26
    would be made on or before October 20, 2008. Plaintiffs made their initial disclosures on
27
    October 20, 2008. Defendants have not made their initial disclosures; defense counsel informed
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION TO
AMEND COMPLAINT TO ADD DOE DEFENDANTS

1 of 3

Plaintiffs that this delay is because he has been in trial.

In the Joint Status Report, Plaintiffs told the Court that they expected that they would be able to identify the Doe defendants by November 1, 2008; however, this projected date was based on the assumption that Defendants would produce initial disclosures on October 20, 2008, giving Plaintiffs time to review Defendants' disclosures and identify additional Does. Because Plaintiffs have not received initial disclosures, they have not had access to information which will likely shed light on the identities of Doe Defendants. At this time, Plaintiffs have limited records and information in the case, which inhibits their ability to identify Does.

The parties respectfully request that this court push back the deadline for filing a motion to amend to add Does, such that Plaintiffs will have an opportunity to review Defendants' disclosures before the Does are dismissed. Defendants will produce their initial disclosures on or before November 20, 2008. The parties respectfully request that this Court continue the deadline to file a motion to amend the complaint to add Doe defendants until December 10, 2008.

IT IS SO STIPULATED.


Dated: October 31, 2008                    Respectfully submitted,

                                           LAW OFFICES OF GERI LYNN GREEN$_{LC}$


                           By:    __/S/ □□□□  □□□□  □□□□□_____

                                    Geri Lynn Green (State Bar No. 127709)
                                    Attorneys for Plaintiffs



Dated: October 31, 2008                    OFFICE OF THE ATTORNEY GENERAL


                           By:    __/S/ □□□□□□□  □□□□□□_____

                                    Jeffrey Steele
                                    Attorney for Defendants


STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION TO AMEND COMPLAINT TO ADD DOE DEFENDANTS

1    IT IS SO ORDERED.

2

3    Dated:  November 5, 2008

4    _____

5    GARLAND E. BURRELL, JR.
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION TO
AMEND COMPLAINT TO ADD DOE DEFENDANTS