```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


SHERIE LEMIRE, individually and as )
personal representative for the    )
ESTATE OF ROBERT ST. JOVITE;       )    2:08-cv-00455-GEB-EFB
GERARD CHARLES ST. JOVITE; and     )
NICOLE ST. JOVITE,                 )
                                   )    ORDER
                Plaintiffs,        )
                                   )
          v.                       )
                                   )
ARNOLD SCHWARTZENEGGER,            )
individually and in his official   )
capacity as Governor of the State  )
of California; CALIFORNIA          )
DEPARTMENT OF CORRECTIONS AND      )
REHABILITATION (CDCR); JAMES E.    )
TILTON, individually and in his    )
official capacity as Secretary of  )
CDCR; TOM L. CARY and D. K. SISTO, )
individually and in their official )
capacities as Warden of CSP-Solano;)
Correctional Officers REBECCA      )
CAHOON, ALFREDO ALCARAZ, and       )
RAYMOND WADE, individually and in  )
their official capacities as       )
Correctional Officers; Sgts.       )
CHERYL ORRICK and GALE MARTINEZ,   )
individually and in their official )
capacities as Correctional         )
Officers; LT. GORDON WONG,         )
individually and in his official   )
capacity; SHABREEN HAK,            )
individually and in her official   )
capacity; ALVARO C. TRAQUINA M.D., )
individually and in his official   )
```

1

```
 1  capacity as Chief Medical           )
    Officer/Health Care Manager;        )
 2  DR. ALFREDO NORIEGA, individually   )
    and in his official capacities;     )
 3  DR. DUSAY, individually and in his  )
    official capacities; and CAPT.      )
 4  JAMES NEURING, individually and in  )
    his official capacities,            )
 5                                      )
                    Defendants.         )
 6  _____ )
```

On December 10, 2008, Plaintiffs filed a motion in which they seek leave to file the proposed Second Amended Complaint attached to their motion.[1] Plaintiffs seek leave to name eight Defendants as substitutes for Doe Defendants. The motion is unopposed. Plaintiffs are granted five days leave from the date on which this Order is filed within which to file an amended complaint containing the allegations against the parties named in their proposed Second Amended Complaint, except the proposed Doe Defendants may not be included. Plaintiffs were informed in the Order filed on September 8, 2008, which provided Plaintiffs leave to substitute named Defendants for Doe Defendants, "If leave is not sought as stated, the Doe [D]efendants shall be dismissed."

Dated: January 6, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).