Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
A Law Corporation
155 Montgomery Street, Suite #901
San Francisco, CA 94111
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerilynngreen@gmail.com

Attorneys for Plaintiffs
SHERIE LEMIRE individually and as personal representative for the ESTATE OF
ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID A. CARRASCO
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-4928
Facsimile: (916) 324-5205
E-mail: Diana.Esquivel@doj.ca.gov

Attorneys for Defendants
Alcaraz, Cahoon, California Department of Corrections and Rehabilitation, Carey, Chua,
Dusay, Hak, Hicks, Holliday, LaBonte, Martinez, Nuehring, Noriega, Orrick,
Schwarzenegger, Sisto, Soliz, Tilton, Traquina, Wade, and Wong

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE individually and as personal representative for the ESTATE OF ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al. <br><br> Defendants. <br> _____ | Case No. 2:08-CV-00455-GEB-EFB <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR EXPERT DISCLOSURE |

Lemire v. Schwarzenegger  Case No. 2:08-CV-00455-GEB-EFB
STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR EXP. DISC.

Pursuant to Local Rule 83-143 the parties stipulate as follows:

Plaintiffs amended their complaint on January 1, 2009, pursuant to stipulation of the parties. Defendants answered the second amended complaint on April 16, 2009. Since that time, the parties exchanged and responded to written discovery, and have been involved in numerous meet-and-confer conferences to informally address and resolve the discovery and other pleading issues and disputes.

Despite their diligent and reasonable efforts, the parties have not been able to complete the discovery necessary to exchange expert witness information. Defense counsel has been in trial for most of the past four months, and Plaintiffs' counsel was out of the country during the month of August. As a result, the parties agree that they will not be able to complete the bulk of the fact discovery necessary for meaningful expert disclosures until mid to late January 2010. The parties further agree to stipulate to the continuance of the deadline for expert disclosures, which is presently set for November 6, 2009, based on this Court's Order of September 8, 2008. (CR 33.) Accordingly, it is requested that the Court continue the date for expert disclosures to February 8, 2010, and the date for any rebuttal expert disclosure to March 8, 2010. These extensions will not necessitate the change of any of the other dates presently set, but will allow the parties to complete the fact discovery prior to the expert disclosures.

Consequently, the parties respectfully request that this court continue the date for expert disclosures from November 6, 2009 to February 8, 2010, and the date for exchange of any rebuttal expert witness from December 7, 2009 to March 8, 2010.

1   IT IS SO STIPULATED.

2

3

4   Dated: October 8, 2009                    Respectfully submitted,

5                                             LAW OFFICES OF GERI LYNN GREEN$_{LC}$

6                                             By: /S/ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨

7                                             Geri Lynn Green (State Bar No. 127709)
8                                             Attorneys for Plaintiffs

9   Dated:  October 8, 2009                   OFFICE OF THE ATTORNEY GENERAL

10

11                                            By: /S/ ▨▨▨▨ ▨▨▨▨▨▨▨
                                              Attorneys for Defendants
12

13

14

15                                        **Order**

16
        The date set for expert disclosures is hereby continued from November 6, 2009 to
17

18   February 8, 2010, and the date set for the disclosure of rebuttal expert witnesses is

19   continued from December 7, 2009 to March 8, 2010.

20
     IT IS SO ORDERED.
21

22   Dated:  October 13, 2009

23

24                                            _____

25                                            GARLAND E. BURRELL, JR.
                                              United States District Judge
26

27

28
     Lemire v. Schwarzenegger  Case No. 2:08-CV-00455-GEB-EFB
     STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR EXP. DISC.
                                      3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28