1  Geri Lynn Green, (State Bar No. 127709)
   LAW OFFICES OF GERI LYNN GREEN$_{LC}$
2  A Law Corporation
   155 Montgomery Street, Suite #901
3  San Francisco, CA  94111
   Telephone:  (415) 982-2600
4  Facsimile:  (415) 358-4562
   Email:  gerilynngreen@gmail.com
5
   Attorneys for Plaintiffs
6  SHERIE LEMIRE individually and as personal representative for the ESTATE OF
   ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE
7
   EDMUND G. BROWN JR.
8  Attorney General of the State of California
   EDMUND G. BROWN JR.
9  Attorney General of California
   DAVID A. CARRASCO
10 Supervising Deputy Attorney General
   DIANA ESQUIVEL, State Bar No. 202954
11 Deputy Attorney General
   1300 I Street, Suite 125
12 P.O. Box 944255
   Sacramento, CA 94244-2550
13 Telephone: (916) 445-4928
   Facsimile: (916) 324-5205
14 E-mail: Diana.Esquivel@doj.ca.gov
15
   Attorneys for Defendants
16 Alcaraz, Cahoon, California Department of Corrections and Rehabilitation, Carey, Chua,
   Dusay, Hak, Hicks, Holliday, LaBonte, Martinez, Nuehring, Noriega, Orrick,
17 Schwarzenegger, Sisto, Soliz, Tilton, Traquina, Wade, and Wong

18              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
19                     SACRAMENTO DIVISION

20

| | |
|---|---|
| 21  SHERIE LEMIRE individually and as personal representative for the ESTATE OF ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE | Case No. 2:08-CV-00455-GEB-EFB |
| 22 | STIPULATION AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT |
| 23 Plaintiffs, | |
| 24      vs. | |
| 25 ARNOLD SCHWARZENEGGER, et al. | |
| 26 | |

27

28

Case No. 2:08-CV-00455-GEB-EFB
STIPULATION AND [PROPOSED] ORDER TO FILE THIRD AMEND COMPLAINT

Defendants.                              )
_____

Pursuant to Local Rule 83-143 the parties stipulate as follows:

Pursuant to Stipulation, Plaintiffs amended their complaint on January 1, 2009. Since that time, plaintiffs have served all those defendants they have named except, Defendants Thor, Hill and Harris. The Third Amended Complaint does not seek to add any new defendants, merely to clarify the alleged involvement of the already named defendants. As a result, plaintiffs in this Third Amended Complaint seek only to remove those unserved defendants from the complaint and clarify those parties alleged to have committed acts in Count 1. Accordingly, the parties agree to allow Plaintiffs to file a Third Amended Complaint in order to properly clarify the parties.

The parties further agree that Defendants will have thirty days from the day the Third Amended Complaint is filed to file their response.

IT IS SO STIPULATED.

Dated: October 21, 2009                     Respectfully submitted,

                                              LAW OFFICES OF GERI LYNN GREEN$_{LC}$

                                              By: /S/ ▢▢▢▢ ▢▢▢▢ ▢▢▢▢▢
                                              Geri Lynn Green (State Bar No. 127709)
                                              Attorneys for Plaintiffs

Dated:  October 21, 2009            OFFICE OF THE ATTORNEY GENERAL

                                              By: /S/ ▢▢▢▢▢ ▢▢▢▢▢▢▢▢
                                              Attorney for Defendants

**Order**

Plaintiffs are allowed to file the Third Amended Complaint provided that it is filed no later than three days within the date on which this order is filed.  Further, Defendants have thirty days from the day the Third Amended Complaint is filed to file their response.

IT IS SO ORDERED.

Dated:  October 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Case No. 2:08-CV-00455-GEB-EFB
STIPULATION AND [PROPOSED] ORDER TO FILE THIRD AMEND COMPLAINT