Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN_{LC}
A Law Corporation
155 Montgomery Street, Suite #901
San Francisco, CA  94111
Telephone:  (415) 982-2600
Facsimile:  (415) 358-4562
Email:  gerilynngreen@gmail.com

Attorneys for Plaintiffs
SHERIE LEMIRE individually and as personal representative for the ESTATE OF
ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID A. CARRASCO
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-4928
Facsimile: (916) 324-5205
E-mail: Diana.Esquivel@doj.ca.gov

Attorneys for Defendants
Alcaraz, Cahoon, California Department of Corrections and Rehabilitation, Carey, Chua,
Dusay, Hak, Hicks, Holliday, Martinez, Nuehring, Noriega, Orrick, Schwarzenegger,
Sisto, Tilton, Traquina, Wade, and Wong

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE individually and as personal representative for the ESTATE OF ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE <br><br> Plaintiffs, <br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al. <br><br> Defendants. | Case No. 2:08-CV-00455-GEB-EFB <br><br> STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE FIFTH AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADING |

Lemire v. Schwarzenegger  Case No. 2:08-CV-00455-GEB-EFB
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING OF
FIFTH AMENDED COMPLAINT AND RESPONSIVE PLEADING

_____ )

1

2       Pursuant to Local Rule 143, the parties request an extension of the deadline to file

3   Plaintiff's Fifth Amended Complaint as follows:

4

5       By stipulation and order, the trial has been continued to April 19, 2011. (CR 68.)

6       By separate order, dated January 28, 2010, Plaintiffs were ordered to file their Fifth

7   Amended Complaint by February 17, 2010.  (CR 66.)

8

9       Plaintiff's counsel, through office staff, notified defense counsel on February 10,

10  2010, that a medical condition has necessitated that Ms. Green spend time out of the office

11  for serious diagnostic tests.  Consequently plaintiff's counsel has been unable to devote

12  time to the drafting of the Fifth Amended Complaint, and will not be able to prepare the

13  amended complaint by the current deadline.

14

15      The parties agree to request that this Court extend the deadline for filing the Fifth

16  Amended Complaint up to and including March 5, 2010.  Defendants will file their

17  response to the amended complaint within fourteen (14) days from the date of filing the

18  Fifth Amended Complaint, as permitted under Federal Rule of Civil Procedure 15.

19

20      Accordingly, it is respectfully requested that the Court order that Plaintiffs be

21  granted until March 5, 2010 to file their Fifth Amended Complaint and that Defendants be

22  allowed fourteen (14) days thereafter to file their response.

23

24      IT IS SO STIPULATED.

25  Dated: February 11, 2010            Respectfully submitted,

26

27                                      LAW OFFICES OF GERI LYNN GREEN_{LC}

28
                                        By: /S/ ▢▢▢▢ ▢▢▢▢ ▢▢▢▢▢
                                        Geri Lynn Green (State Bar No. 127709)

Attorneys for Plaintiffs

Dated: February 11, 2010                    OFFICE OF THE ATTORNEY GENERAL

By: /S/ 𝔍𝔬𝔥𝔫 𝔇𝔬𝔢𝔰𝔢𝔫
Attorneys for Defendants

## ORDER

Plaintiffs shall file their Fifth Amended Complaint by no later than March 5, 2010, and Defendants shall file their response no later than fourteen (14) days after the filing of the amended complaint.

IT IS SO ORDERED.

Dated:  February 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Lemire v. Schwarzenegger  Case No. 2:08-CV-00455-GEB-EFB
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING OF
FIFTH AMENDED COMPLAINT AND RESPONSIVE PLEADING