1 | Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
2 | A Law Corporation
700 Montgomery Street
3 | San Francisco, CA 94111
Telephone: (415) 982-2600
4 | Facsimile: (415) 358-4562
Email: gerilynngreen@gmail.com
5 |

6 | Attorneys for Plaintiffs
SHERIE LEMIRE individually and
7 | as personal representative for the ESTATE OF
ROBERT ST. JOVITE; GERARD CHARLES
8 | ST. JOVITE and NICOLE ST. JOVITE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| SHERIE LEMIRE individually and as personal representative for the ESTATE OF ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants.<br>_____ | Case No. 2:08-CV-00455-GEB-EFB<br><br>**STIPULATION and ORDER TO ALLOW ALL PARTIES TO JOINTLY USE DEPOSITIONS LODGED WITH THE COURT BY DEFENDANTS (ECF 90); AND ORDER AUTHORIZING PENDING MOTIONS TO BE HEARD ON 12/6/10** |
|---|---|

Pursuant to Federal Rules of Civil Procedure 83 and Local Rule 43 the parties stipulate as follows:

Pursuant to Stipulation, Plaintiffs and Defendants have agreed to jointly use the Depositions lodged with this court and defined in ECF 90.

STIPULATION AND [PROPOSED] ORDER TO ALLOW JOINT USE OF LODGED DEPOSITIONS

The Plaintiffs are relying only on depositions lodged already in this case by the Defendants, and both parties wish to avoid duplicate lodgings.

Consequently, the parties respectfully request that this court allow Plaintiffs and Defendants to jointly use the lodged depositions of November 09, 2010, detailed in ECF 90.

IT IS SO STIPULATED.

Dated: November 09, 2010             Respectfully submitted,

                                                                  LAW OFFICES OF GERI LYNN GREEN$_{LC}$

                                  By:     __/S/ *Geri Lynn Green*_____
                                                       Geri Lynn Green (State Bar No. 127709)
                                                       Attorneys for Plaintiffs

Dated: November 09, 2010             OFFICE OF THE ATTORNEY GENERAL

                                                      By:     __/S/_____
                                                      Diana Esquivel
                                                      Deputy Attorney General
                                                      Attorney for Defendants

**Order**

All Parties shall be allowed to jointly use the depositions lodged with this court. Further, notwithstanding the notice of motion problem each party experienced the pending motions will be heard on December 6, 2010, commencing at 9:00 a.m. This ruling grants Defendants' Application filed on November 9, 2010, and allows Plaintiffs motion to be noticed for hearing on December 6, 2010, even though Plaintiffs' had to file a corrected notice.

IT IS SO ORDERED.

Dated: November 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge