UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE LEMIRE, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No.  2:08-cv-00455 GEB-EFB<br><br>**ORDER** |

In the Joint Status Report the parties filed on December 23, 2013, they "request a settlement conference." (Joint Status Rep. 4:3, ECF No. 130.) Should the parties agree that a settlement conference should be scheduled, they have leave to seek to schedule one at a mutually convenient time by contacting a deputy clerk for a Magistrate Judge.

Dated:  January 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1