UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE LEMIRE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. 2:08-cv-00455 GEB-EFB<br><br>ORDER AUTHORIZING CERTAIN DISCOVERY AND AMENDING DATES IN THE STATUS (PRETRIAL SCHEDULING) ORDER |

The parties agree "to reopen discovery for the limited purpose of conducting discovery and designating expert witnesses, if any, concerning Robert St. Jovite's eligibility for re-sentencing under the Three Strikes Reform law if he had lived." (Defs.' Statement of Non-Opposition 1:21-23, ECF No. 137.) Therefore, discovery is reopened as follows:

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s disclosure requirements concerning any above-referenced expert on or before July 29, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before August 29,

1

1  2014; the referenced expert discovery shall be completed by
2  October 29, 2014; the final pretrial conference is scheduled to
3  commence at 1:30 p.m. on December 29, 2014; and trial shall
4  commence at 9:00 a.m. on March 31, 2015.
5  Dated:  February 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge