KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Cahoon, Holliday, Nuehring, and Sisto*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERIE LEMIRE,**<br><br>                                     Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                                     Defendants. | No. 2:08-cv-00455 GEB-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR THREE-WEEK EXTENSION OF DEADLINE TO COMPLETE EXPERT DISCOVERY** |

    Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of record, agree to and request a three-week continuance of the deadline current to complete expert discovery that is currently set for October 29, 2014. (See Order (3/3/14) at 2:1-2, ECF No. 138.) Good cause exists to grant this stipulation because Plaintiff's counsel has an ongoing family medical emergency that requires her attention, and she is unavailable for deposition in the time remaining before the deadline.

    A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975

1

F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion).  In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification.  *Johnson,* 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).  "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'"  *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

Plaintiff's counsel, Geri Green, has an ongoing medical situation involving her ill father that has required her to be away from her office for the remainder of the month.  Thus, she has been unable to provide defense counsel with a date for the deposition of Plaintiff's economist.  Defendants do not believe the deposition will last more than two hours.  The parties have agreed to a three-week extension to complete expert discovery.  The parties do not believe that the requested extension will affect the remaining scheduling deadlines.  For these reasons, the parties request an extension of the of the expert-discovery deadline to November 19, 2014.

Dated:  October 28, 2014				Respectfully submitted,

						KAMALA D. HARRIS
						Attorney General of California
						CHRISTOPHER J. BECKER
						Supervising Deputy Attorney General


						*/s/ Diana Esquivel*

						DIANA ESQUIVEL
						Deputy Attorney General
						*Attorneys for Defendants*


Dated:  October 28, 2014				LAW OFFICES OF GREEN & GREEN, LLP

						*/s/ Geri Lynn Green*

						GERI LYNN GREEN
						*Attorneys for Plaintiff*

SA2008302509
11560076.doc

**ORDER**

Good cause appearing, the parties' stipulated request for a three-week extension of time to complete expert discovery is granted.

Expert discovery shall be completed by November 19, 2014.

IT IS SO ORDERED.

Dated: October 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge