1    KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2    CHRISTOPHER J. BECKER, State Bar No. 230529
    Supervising Deputy Attorney General
3    DIANA ESQUIVEL, State Bar No. 202954
    Deputy Attorney General
4     1300 I Street, Suite 125
    P.O. Box 944255
5     Sacramento, CA 94244-2550
    Telephone: (916) 445-4928
6     Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov
7    *Attorneys for Defendants Cahoon, Holliday,*
    *Nuehring, and Sisto*

8

            IN THE UNITED STATES DISTRICT COURT

9

            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

            SACRAMENTO DIVISION

11

12

| | |
|---|---|
| 13   **SHERIE LEMIRE,** | No. 2:08-cv-00455 GEB-EFB |
| 14                Plaintiff, | **STIPULATION AND PROPOSED** |
| 15     **v.** | **ORDER FOR TWO-DAY EXTENSION OF DEADLINE TO COMPLETE EXPERT DISCOVERY** |
| 16 | |
| 17   **CALIFORNIA DEPARTMENT OF CORRECTIONS AND** | |
| 18   **REHABILITATION,** | |
| 19             Defendants. | |

20

21       Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through

22 their counsel of record, agree to and request a two-day extension of the deadline to complete

23 expert discovery that is currently set for November 19, 2014, based on the parties' prior request

24 for an extension. (*See* Order (10/30/14) at 3:2-5, ECF No. 145.) Good cause exists to grant this

25 stipulation because the only available date Plaintiff's expert witness his available for deposition

26 during the week of November 17 is November 21, 2014.

27       A scheduling order may be modified only upon a showing of good cause and by leave of

28 Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.,* 975

1

1  F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion).  In

2  considering whether a party moving for a schedule modification has good cause, the Court

3  primarily focuses on the diligence of the party seeking the modification.  *Johnson,* 975 F.2d at

4  609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).  "The district

5  court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the

6  party seeking the amendment.'"  *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983

7  amendment).

8        Plaintiff's counsel, Geri Green, had an ongoing medical situation involving her ill father

9  that required the parties to request a three-week extension of the expert discovery deadline, which

10  the Court granted.  (ECF Nos. 144-145.)  Despite the parties' best efforts to complete expert

11  discovery by November 19, as ordered by the Court, Plaintiff's economist was not available

12  before that date, and the earliest date he is available is November 21.  Defendants have scheduled

13  his deposition for that date, secured a location and reporter, and are ready to proceed with the

14  deposition.  The parties do not believe that this short extension will affect the remaining

15  scheduling deadlines.  For these reasons, the parties request an extension of the expert-discovery

16  deadline to November 21, 2014.

17        IT IS SO STIPULATED.

18  Dated:  November 19, 2014                    Respectfully submitted,

19                                               LAW OFFICES OF GREEN & GREEN, LLP

20                                               */s/ Geri Lynn Green*

21                                               GERI LYNN GREEN
                                                 *Attorneys for Plaintiff*

22

23  Dated:  November 19, 2014                    KAMALA D. HARRIS
                                                 Attorney General of California
                                                 CHRISTOPHER J. BECKER
24                                               Supervising Deputy Attorney General

25                                               */s/ Diana Esquivel*

26                                               DIANA ESQUIVEL
                                                 Deputy Attorney General
27  SA2008302509                                 *Attorneys for Defendants*
    11598124.doc

28

Stipulation for Two-Day Extension of Expert Discovery Deadline   (2:08-cv-00455 GEB-EFB)

**ORDER**

Good cause appearing, the parties' stipulated request for a two-day extension of time to complete expert discovery is granted.

Expert discovery shall be completed by November 21, 2014.

IT IS SO ORDERED.

Dated:  November 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3