GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
22 Battery Street Suite 888
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiffs SHERIE LEMIRE, GERARD ST. JOVITE, NICOLE ST. JOVITE, THE ESTATE OF ROBERT ST. JOVITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE, et. al., ,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,  et al,<br><br>Defendants. | **Case No.  2:08-CV-00455-GEB-EFB**<br><br>**STIPULATION TO REVISE MINUTE ORDER AND EXTEND DATE FOR FILING OF JOINT PRETRIAL STATEMENT** |

On March 3, 2014, the Court issued a minute order setting the pretrial conference, previously scheduled for 12/29/14, for 12/15/14 at 2:30 p.m., with the parties' a joint pretrial statement to be filed fourteen days prior to the hearing.  (Docket 139.)

The parties completed discovery regarding expert witnesses on Friday November 21, 2014. Due to the Thanksgiving Holiday, the unavailability of defense counsel due to being out of the office

Joint Stip. and Proposed ORDER
*Lemire v. CDCR*. Case No.  2:08-CV-00455-GEB-EFB

1

from November 25 to 28, and the parties ongoing discussions about the undisputed facts and evidentiary issues, which may obviate the need to file certain motions *in limine,* Plaintiff and Defendants hereby respectfully request that the joint pretrial statement filing date be extended two days, to be filed no later than December 3.

Respectfully submitted,

Dated:  November 26, 2014                    Law Offices of GREEN & GREEN, LLP

_____/s/_____
Geri Lynn Green, Attorney at law
Attorney for Plaintiffs

Dated:  November 26, 2014                     KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

_____/s/ *Diana Esquivel*_____
Diana Esquivel, Deputy Attorney General
Attorneys for Defendants

* Filed with permission.

### [Proposed] ORDER

The parties' stipulated request for a two-day extension of time to file the joint pretrial statement is granted, and such shall be filed no later than December 3, 2014.

.

IT IS SO ORDERED.

Dated:  November 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Joint Stip. and Proposed ORDER
*Lemire v. CDCR*. Case No.  2:08-CV-00455-GEB-EFB

2