KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Cahoon, Holliday, Nuehring, and Sisto*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERIE LEMIRE,**<br><br>                         Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                         Defendants. | No. 2:08-cv-00455 GEB-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR THREE-DAY EXTENSION OF DEADLINE TO FILE MOTIONS RE PROPOSITIONS 36 AND 47** |

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of record, agree to and request a three-day extension of the deadline to file their motions concerning Propositions 36 and 47 that are currently due on January 5, 2015, based on the Pretrial Order dated December 10, 2014. (*See* ECF No. 154, 7:12-9:2.)  Good cause exists to grant this stipulation because defense counsel is preparing for trial that is scheduled to start on January 6, and the parties require more time to work out a stipulation of pertinent facts that will aid the Court in its determination concerning the applicability of Propositions 36 and 47.

1

The court may modify a final pretrial order to prevent manifest injustice. Fed. R. Civ. P. 16(e). A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

Defense counsel is scheduled to start trial in the matter of *Sutherland v. Yates* (E.D. Cal. No. 1:09-cv-2152 SAB) on January 6, 2015, before Magistrate Judge Boone, in the Fresno Division of this Court. Defense counsel spent the majority of December preparing the necessary trial documents and is currently undergoing final preparations for trial. Although defense counsel has started working on the motion due in this case, she will be unable to complete Defendants' motion by the current deadline.

Also, due to the holidays, the parties were unable to finalize a list of stipulated facts concerning Robert St. Jovite's criminal convictions. The parties believe that a set of stipulated facts will assist and facilitate in the Court's determination concerning the applicability and impact of Propositions 36 and 47 on St. Jovite had he survived, including that date on which he would have been released from prison. Counsel for the parties continue to confer and expect to reach an agreement on many pertinent facts related to the motions. For these reasons, the parties request a three-day extension, up to and including January 8, 2015, of the deadline to file their respective motions.

///
///
///
///

1  IT IS SO STIPULATED.

2

3  Dated: January 5, 2015                         Respectfully submitted,

4                                                 LAW OFFICES OF GREEN & GREEN, LLP

5                                                 */s/ Geri Lynn Green*

6                                                 GERI LYNN GREEN
                                                  *Attorneys for Plaintiff*

7

8  Dated: January 5, 2015                         KAMALA D. HARRIS
                                                  Attorney General of California
                                                  CHRISTOPHER J. BECKER
9                                                 Supervising Deputy Attorney General

10                                                */s/ Diana Esquivel*

11                                                DIANA ESQUIVEL
                                                  Deputy Attorney General
12  SA2008302509                                  *Attorneys for Defendants*
    11664122.doc
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The parties' stipulated request for a three-day extension of deadline to file their motions concerning Propositions 36 and 47 is granted.

The parties' motions concerning their respective positions on Propositions 36 and 47 shall be filed by no later than January 8, 2015.

IT IS SO ORDERED.

Dated: January 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge