GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
4 Embarcadero Center, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiffs SHERIE LEMIRE, GERARD ST. JOVITE, NICOLE ST. JOVITE, THE ESTATE OF ROBERT ST. JOVITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al, <br><br> Defendants. | **Case No.  2:08-CV-00455-GEB-EFB** <br><br> **Corrected Stipulation and Proposed Order for Three-Day Extension of Deadline to File In Limine Motions, Trial Briefs, and Prevailing Party's Proposed Conclusions Of Law.** |

    The undersigned hereby stipulate to and request a three-day extension of the deadline for filing in limine motions, trial briefs, and the prevailing party's proposed statement regarding qualified immunity defense.  Pursuant to the Court's Final Pretrial Order these

documents are currently due on February 24, 2015. None of the other dates will be affected by this extension.

The parties make this request to extend the filing deadline because they anticipate that they will be able over the next few days to significantly limit the number and extent and reach of the in limine motions. Similarly the issues in the trial brief can be honed and refined if the filing deadline is extended until Friday, February 27, 2015.

The parties' stipulation will, therefore, conserve judicial resources.

IT IS SO STIPULATED.

February 24, 2015                    Respectfully submitted,

                                     LAW OFFICES OF GREEN & GREEN, LLP

                                     /s/ Geri Lynn Green

                                     Geri Lynn Green
                                     Attorneys for Plaintiff

Dated: February 24, 2015             KAMALA D. HARRIS
                                     Attorney General of California
                                     CHRISTOPHER J. BECKER
                                     Supervising Deputy Attorney General

                                     /s/ Diana Esquivel

                                     Diana Esquivel
                                     Deputy Attorney General
                                     Attorneys for Defendants

Stipulation For Extension Of Time.                    2
*Lemire v. CDCR*. Case No. 2:08-CV-00455-GEB-EFB

**O R D E R**

The parties' stipulated request for a three-day extension of deadline to file their in limine motions, their trial briefs, and their statements regarding qualified immunity is granted.

These documents shall be filed no later than February 27, 2015.

IT IS SO ORDERED.

Dated:  February 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge