UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LEMIRE, individually and as a personal representative for the ESTATE OF ROBERT ST. JOVITE; GERARD CHARLES ST. JOVITE; and NICOLE ST. JOVITE,<br><br>            Plaintiffs,<br><br>      v.<br><br>D.K. SISTO, JAMES NUEHRING, REBECCA CAHOON, and C. HOLLIDAY,<br><br>            Defendants. | No.  2:08-cv-00455-GEB-EFB<br><br>**ORDER** |

   The parties' stipulated request for extension of the deadline to file their oppositions to in limine motions, case statements, proposed jury instructions, proposed verdict forms, and proposed voir dire to Friday, March 13, 2015, and request to extend the deadline for transcript counter-designations, objections to exhibits, and statement of undisputed facts to March 17, 2015, are granted. (See Stipulation, ECF No. 179.)

   Further, Plaintiffs' unopposed application to excuse the untimely filing of their oppositions to Defendants' in limine

1

motions, proposed verdict form, and proposed voir dire trial documents, which were filed on March 14, 2015, is granted. (See Pls.' Appl., ECF No. 200.)

IT IS SO ORDERED.

Dated: March 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge