GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
4 Embarcadero Center, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiffs SHERIE LEMIRE, GERARD ST. JOVITE, NICOLE ST. JOVITE, THE ESTATE OF ROBERT ST. JOVITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al, <br><br> Defendants. | Case No.  2:08-CV-00455-GEB-EFB <br><br> **Stipulation and Proposed Order for Extension of Deadlines to File Objections to Exhibits, Transcript Counter Designations, and Statement of Undisputed Facts** |

The undersigned hereby stipulate to and request extensions of the deadlines for filing Objections to Exhibits, Transcript Counter Designations, and Statement of Undisputed Facts. Pursuant to the Court's Order of March 17th, 2015, these documents are currently due March 17, 2015.

**Stip. & Proposed Ord. to Cont. Filing Deadline**
Case No.  2:08-CV-00455-GEB-EFB

1

The parties request that the Court extend the deadline for objections to exhibits, counter-designations of transcripts, and the statement of undisputed facts to Friday, March 20, 2015 as they are continuing to meet and confer on the undisputed facts, exhibits, and deposition transcripts to be read.  With the additional time, the parties are confident that they will be able to reach agreement on a number of facts and exhibits which will reduce the number of objections that will have to be decided by the Court.  In addition, the extra time will allow the parties to minimize the objections to the deposition designations as well as with the an enlarged set of undisputed facts the amount of testimony to be read to the jury will be minimized

The court has granted one previous extension of this deadline to today.

The parties have completed other pretrial filings and are commencing apace with trial preparation.

IT IS SO STIPULATED.

March 9, 2015							Respectfully submitted,

								LAW OFFICES OF GREEN & GREEN, LLP

								<u>/s/ Geri Lynn Green</u>
								Geri Lynn Green
								Attorneys for Plaintiff

Dated:  March 9, 2015					KAMALA D. HARRIS
								Attorney General of California
								CHRISTOPHER J. BECKER
								Supervising Deputy Attorney General

								/s/ Diana Esquivel

								Diana Esquivel
								Deputy Attorney General
								Attorneys for Defendants

**O R D E R**

The parties' stipulated request for extension of the deadline for transcript counter-designations, objections to exhibits, and statement of undisputed facts to March 20, 2015, is granted.

Dated: March 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge