1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-4928
6    Facsimile: (916) 324-5205
     E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants Cahoon, Holliday, Nuehring, and Sisto*

9  GERI LYNN GREEN (SBN 127709)
   LAW OFFICES OF GREEN & GREEN, LLP
10   4 Embarcadero Center, 14th Floor
     San Francisco, California 94111
11   Tel: (415) 982-2600
     Fax: (415) 358-4562
12   greenlaw700@gmail.com
     gerilynngreen@gmail.com
13 *Attorneys for Plaintiffs Sherie Lemire, Gerard St. Jovite, Nicole St. Jovite, and Estate of Robert St. Jovite*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERIE LEMIRE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                              Defendants. | No. 2:08-cv-00455 GEB-EFB<br><br>**AMENDED STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF TRIAL AND FOR FURTHER SETTLEMENT CONFERENCE** |

1

1    Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through
2 their counsel of record, agree to and request a continuance of the trial, currently set for March 31,
3 2015, to August 4, 2015, and an order referring the parties to a settlement conference with
4 Magistrate Judge Kendall J. Newman on May 4, 2015 at 9:00 a.m.  (*See* ECF No. 154, 7:12-9:2.)
5 Good cause exists to grant this stipulation because the parties believe that this case may settle if
6 they have additional time to attend a settlement conference.  The law has changed since the last
7 settlement conference which significantly affects the position of the parties.  Since the law
8 changed, the parties have informally engaged in settlement discussions, however it is believed by
9 all parties at this time that the discussions will likely be enhanced with the assistance of a neutral
10 mediator who may help the parties come to an agreement.

11   The court may modify a final pretrial order to prevent manifest injustice.  Fed. R. Civ. P.
12 16(e).  A scheduling order may be modified only upon a showing of good cause and by leave of
13 Court.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.,* 975
14 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion).  In
15 considering whether a party moving for a schedule modification has good cause, the Court
16 primarily focuses on the diligence of the party seeking the modification.  *Johnson,* 975 F.2d at
17 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).  "The district
18 court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the
19 party seeking the amendment.'"  *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983
20 amendment).

21   The parties have been diligently preparing for trial, which is currently scheduled to start on
22 March 31, 2015.  All, but a few of the filings, have been submitted.  The only deadline that
23 remains is the one for filing objections to trial exhibits, transcript designations and objections, and
24 an agreed upon statement of undisputed facts.  (*See* ECF No. 214.)  It is requested at this time,
25 that this date be extended as well to 14 days before the new trial date of August 4, 2015.

26   The parties attended a settlement conference with Magistrate Judge Newman on May 13,
27 2014, but the case did not settle. (ECF No. 142.)  Since then, the parties have been working to
28 prepare this case for trial—designating experts, stipulating to facts concerning the applicability of

2

recent law that have affected the damages claims, and filing the necessary trial-related documents. (*See* ECF Nos. 157-165, 170-177, 180-199, 202-204, 206-213.)

In late February, the parties resumed informal settlement discussions while continuing their trial preparations. The parties have reached a point where they believe that the assistance of a Magistrate Judge can help the parties reach an agreement and avoid the time and expense of a trial. The parties have contacted Magistrate Judge Newman's Courtroom Deputy, and are informed that the earliest date the magistrate is available for a settlement conference in this case is May 4, 2015. The parties have reserved the date if this stipulation is granted.

For these reasons, the parties request that the Court continue the trial to August 4, 2015, to give the parties more time to continue their settlement discussions and participate in a further settlement conference with a magistrate judge. The requested extension may result in the resolution of the case without the burden and cost of a trial.

Dated: March 20, 2015                                      Respectfully submitted,

                                                           KAMALA D. HARRIS
                                                           Attorney General of California
                                                           CHRISTOPHER J. BECKER
                                                           Supervising Deputy Attorney General

                                                           */s/ Diana Esquivel*

                                                           DIANA ESQUIVEL
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants*

Dated: March 20, 2015                                      LAW OFFICES OF GREEN & GREEN, LLP

                                                           */s/ Geri Lynn Green*

                                                           GERI LYNN GREEN
                                                           *Attorneys for Plaintiffs*

SA2008302509
11805362_2.doc

3

**ORDER**

The parties' stipulated request to continue the trial is GRANTED.

The March 31, 2015 trial is VACATED.

Trial is continued to and will commence at 9:00 a.m. on August 4, 2015.

No later than fourteen days before trial, the parties shall file objections to trial exhibits and an agreed upon statement of undisputed facts and submit transcript designations and objections.

The parties have leave to seek to schedule a further settlement conference with a Magistrate Judge at a mutually convenient time by contacting the deputy clerk for that Magistrate Judge.

In all other respects, the Pretrial Order, dated December 10, 2014 (ECF No. 154), shall remain in full force and effect.

IT IS SO ORDERED.

Dated: March 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge