IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERIE LEMIRE,** | No. 2:08-cv-0455 GEB-EFB |
| Plaintiff, | **ORDER SETTING SETTLEMENT CONFERENCE** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** | |
| Defendants. | |

Pursuant to the agreement of the parties, a Settlement Conference has been set for May 4, 2015, at 09:00 a.m., in Courtroom 25 before Magistrate Judge Kendall J. Newman.  The parties are directed to submit confidential settlement conference statements, pursuant to the provisions of Local Rule 270(d) and (e), seven days prior to the settlement conference.  The parties shall email their confidential statements to: kjnorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  March 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE