KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-4928
  Facsimile: (916) 324-5205
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Cahoon, Holliday, Nuehring, and Sisto*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERIE LEMIRE,**<br><br>                                   Plaintiff,<br><br>             v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                                   Defendants. | No. 2:08-cv-00455 GEB-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |

Under Local Rules 143 and 270, the parties, through their counsel of record, agree and request that the settlement conference scheduled for May 4, 2015 be continued to June 11, 2015 at 10 a.m. (*See* ECF No.218.) Good cause exists to grant this stipulation because the California Department of Corrections and Rehabilitation (CDCR) requires additional time to obtain settlement authority. Due to the amount of authority being requested in anticipation of the settlement conference, CDCR must obtain authority at various levels of the State government. Without a continuance, CDCR will not have the level of authority to have a meaning settlement conference. Thus, a continuance is needed.

1  The parties also agree and request that the deadline to submit their confidential settlement conference statements be continued to June 9, 2015.  Geri Green, counsel for Plaintiffs, will be out of the country from May 13 to June 8, 2015, and will not have access to a computer to submit Plaintiffs' statement seven days before the settlement conference as previously ordered.  (*See* ECF No. 218.)

IT IS SO STIPULATED.

Dated:  April 24, 2015

Respectfully submitted,

LAW OFFICES OF GREEN & GREEN, LLP

*/s/ Geri Lynn Green*

GERI LYNN GREEN
*Attorneys for Plaintiff*

Dated:  April 24, 2015

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

SA2008302509
Proposed Order.doc

**ORDER**

Good cause appearing, the parties' stipulated request to continue the May 4, 2015 Settlement Conference is GRANTED.

The Settlement Conference is continued to June 11, 2015, at 10:00 a.m., in Courtroom 25 before Magistrate Judge Kendall J. Newman.  The parties are directed to submit confidential settlement conference statements, pursuant to the provisions of Local Rule 270(d) and (e), by no later than June 9, 2015.

IT IS SO ORDERED.

Dated:  April 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE