KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Cahoon, Holliday,
Nuehring, and Sisto*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERIE LEMIRE, et al.,**<br><br>                                    Plaintiffs,<br><br>       v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                    Defendants. | No. 2:08-cv-00455 GEB-EFB<br><br>**OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS**<br><br>Trial:           August 4, 2015<br>Time:          9:00 a.m.<br>Courtroom: 10  (13th Floor)<br>Judge:         Garland E. Burrell, Jr. |

Defendant objects to the following exhibits Plaintiffs intend to use at trial:

1.     **Exhibit 4 (Operational Procedure No. 09-099, dated 9/09, and Chpt. 4-5 re medical care access and ducats):**  Irrelevant and lacks foundation.  Fed. R. Evid. 401-403, 602.

2.     **Exhibit 5 (Draft of Chpt. 3 re CCCMS):**  Irrelevant, hearsay, and lacks foundation and authenticity.  Fed. R. Evid. 401-403, 602, 801, 901.

3.     **Exhibit 6A (Draft of Chpt. 10 re Suicide Prevent):**  Irrelevant, hearsay, and lacks foundation and authenticity.  Fed. R. Evid. 401-403, 602, 801, 901.

    4.    **Exhibit 6B (Suicide Prevention Handout):** Hearsay, and lacks foundation and authenticity.  Fed. R. Evid. 602, 801, 901.

    5.    **Exhibit 8 (2005-2006 Solano County Grand Jury Report):** Irrelevant, hearsay, and lacks foundation and authenticity.  Fed. R. Evid. 401-403, 602, 801, 901.

    6.    **Exhibit 9 (1/12/04 *Coleman* Order #1559):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 801.

    7.    **Exhibit 10 (6/10/05 *Coleman* Order #1668, ¶¶1, 3-5):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 801.

    8.    **Exhibit 12A (Declarations Submitted in *Coleman* re CPR Training #1734-2):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 801.

    9.    **Exhibit 13 (Defs.' Second Response re CPR Policy in Coleman #1748):** Irrelevant, cumulative, hearsay, and lacks foundation and authenticity.  Fed. R. Evid. 401-403, 602, 611(a), 801, 901.

    10.    **Exhibits 14A-14C (Entire Court Docket in *Coleman*):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 801.

    11.    **Exhibit 15 (5/2/06 *Coleman* Order re Crisis Beds #1800):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 801.

    12.    **Exhibit 16A (Letter/Notice re Submission of 2003 Special Master's Report on Suicides and Entire Report in *Coleman* #1658):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 702, 801.

    13.    **Exhibit 16B (2004 Special Master's Report on Suicides in *Coleman* #1806):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 702, 801.

    14.    **Exhibit 16C (2006 Special Master's Report on Suicides in *Coleman* #3030):** Irrelevant, cumulative, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 611(a), 702, 801.

    15.    **Exhibit 16D (1999-2004 Special Master's Psychiatric Expert's Review of Suicides in *Coleman* #2339):** Irrelevant, hearsay, and lacks foundation.  Fed. R. Evid. 401-403, 602, 702, 801.

16. **Exhibit 16E (2007 18th Monitoring Report re CDCR Compliance in *Coleman* #2334):** Irrelevant, hearsay, and lacks foundation. Fed. R. Evid. 401-403, 602, 702, 801.

17. **Exhibit 17 (2006 Inmate Incidents in Institutions):** Irrelevant, prejudicial, hearsay, and lacks foundation. Fed. R. Evid. 401-403, 602, 801.

18. **Exhibit 27 (Solano County Fire Department Documents):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

19. **Exhibit 37 (Marriage Certificate):** Irrelevant, hearsay, and lacks foundation. Fed. R. Evid. 401-403, 602, 801.

20. **Exhibit 39 (Various CDCR Medical Records re St. Jovite Jan. to May 2006):** Irrelevant, hearsay, and lacks foundation. Fed. R. Evid. 401-403, 602, 702, 801.

21. **Exhibit 40 (St. Jovite Inmate Appeals re Medical):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

22. **Exhibit 41 (St. Jovite Inmate Appeal re Mental Health):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

23. **Exhibit 44 (St. Jovite 2001 Inmate Appeals re Safety Concerns):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

24. **Exhibit 45 (St. Jovite Elementary and Junior High School Diplomas):** Irrelevant. Fed. R. Evid. 401-403.

25. **Exhibit 46 (Various Correspondence from St. Jovite to Lemire):** Irrelevant, hearsay, lacks foundation and authentication, and failed to produce in response to discovery. Fed. R. Evid. 401-403, 602, 801, 901; Fed. R. Civ. P. 37(c)(1).

26. **Exhibits 47-53 (Lemire Memorabilia re St. Jovite):** Irrelevant, hearsay, and lacks foundation and authentication, and failed to produce in response to discovery. Fed. R. Evid. 401-403, 602, 801, 901; Fed. R. Civ. P. 37(c)(1).

27. **Exhibit 54 (Letter re Military Discharge & Discharge Documents):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

28. **Exhibit 56 (Government Claim No. G564388):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 801, 901.

29. **Exhibit 56 (Various Inmate Letters and Declarations):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

30. **Exhibits 58-60 (Expert Reports):** Irrelevant, hearsay, and lacks foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 901.

Dated: July 21, 2015

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

SA2008302509
32151106.doc