GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
Embarcadero Center 4, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiffs SHERIE LEMIRE, GERARD ST. JOVITE, NICOLE ST. JOVITE, THE ESTATE OF ROBERT ST. JOVITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE, et. al., ,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br><br>    Defendants. | **Case No.  2:08-CV-00455-GEB-EFB**<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS AND DEPOSITION TRANSCRIPT DESIGNATIONS**<br><br>Date: August 4, 2015<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: The Honorable<br>       Garland E. Burrell, Jr. |

**TRIAL EXHIBITS**

Plaintiff Objections to the admission of the following exhibits which Defendants have proposed to be used at trial:

1. Exhibit H - pages 1-67.

Exhibit H is a 75-page exhibit containing portions of St. Jovite's California Department of Corrections records.  Many of the

**Plaintiffs' OBJECTIONS TO EVIDENCE**
*Lemire v. CDCR.*
Case No. 2:08-CV-00455-GEB-EFB

1

documents contained in this exhibit are objectionable as they are and contain hearsay, are without foundation and irrelevant to the issues before this Court, and violate the stipulations already in place. See Fed. R. Evid. 401-403, 404, 602, 801,805, 901 and ECF Document No. 178.

    a. Pages 1 through 8 of Exhibit H concern St. Jovite's 1989 commitment to the California Rehabilition Center ("CRC"), a CDCR facility that provides drug treatment services for inmates as part of California's Civil Addict Program. In 1989, this program provided for the commitment and treatment of narcotic addicts and included an in-prison phase of six to eighteen months with out-patient community treatment phase and parole supervision.  These records contain St. Jovite's suitability for placement in this program, and the basis of finding him suitable, his committing offense(s), history of substance abuse and criminal history, his progress in the program, his successful completion of the program and his resulting discharge from parole drug-free in 1992.  All of this is hearsay, without foundation and utterly irrelevant to his suicide some fourteen (14) years later. See Fed. R. Evid. 401-403, 404, 602, 801,805, 901

    b.  In addition to being hearsay, irrelevant and without foundation, the parties have previously stipulated that there will be no mention of St. Jovite's criminal record beyond referring to his convictions in terms of "non-violent felony" or "misdemeanor" due to the fact that it would be irrelevant character evidence in violation of FRE 401-404.  See ECF Doc. 178.  These pages state with specificity St. Jovite's criminal

**Plaintiffs' OBJECTIONS TO EVIDENCE**     2
*Lemire v. CDCR.*
Case No. 2:08-CV-00455-GEB-EFB

and substance abuse history which would be extremely prejudicial and in violation of that stipulation which the parties entered into to prevent just this sort of prejudice.

c.  Plaintiffs object to the admission of pages 8-67 as these pages of Exhibit H are portions of Robert St. Jovite's CDCR medical record evidencing treatment he requested and was provided during the period between October of 2002 and November 1, 2004, inclusive.  St. Jovite's medical history years before his suicide is irrelevant to his suicide years later and would prejudice the jury. The records contain hearsay and hearsay within hearsay, and are without foundation. See Fed. R. Evid. 401-403, 404, 602, 801, 805, 901.

2.   Exhibit I – pages 1 through 25.

Exhibit I is a 42-page exhibit containing portions of St. Jovite's CDCR medical records.  Pages 1 through 25 of Exhibit I concern medical records from July 30, 2002 to December 2004. These medical records are and contain hearsay within hearsay.  They are without foundation and contain no relevant information. See Fed. R. Evid. 401-403, 602, 801, 805, 901.

3. Exhibits M and N – Expert Reports – they are irrelevant, are and contain hearsay, and lack foundation and authentication. Fed. R. Evid. 401-403, 602, 702, 801, 805, 901.

//
//
//

**Plaintiffs' OBJECTIONS TO EVIDENCE**     3
*Lemire v. CDCR.*
Case No.  2:08-CV-00455-GEB-EFB

**OBJECTIONS TO DEFENDANTS'
DEPOSITION TRANSCRIPT DESIGNATIONS**

Plaintiffs object to the following testimony Defendants have designated as intending to have read to the jury.

1. The Deposition of Thomas L. Carey

    A: Pgs. 67:18-68:2. Irrelevant, speculation/improper opinion, without foundation. Fed. R. Evid. 401-403, 602, 701.

    B: Pg. 136:16-25. Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

    C: Pgs. 137:23-138:8.  Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

2. The Deposition of Gayle F. (Martinez) Goslin

    A: Pgs. 77: 18 – 78:5 Irrelevant, hearsay, without foundation, improper opinion/speculation. Fed. R. Evid. 401-403, 602, 701. 801.

    B: Pg. 106: 6 – 11.  Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

    C: Pg. 117:5 – 118: 1. Non-responsive, Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

3. The Deposition of Dorothy Hicks, R.N.

    A: Pgs. 64:15-66:7. Hearsay, Irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

    B:  Pg. 68:1-21. Irrelevant. Fed. R. Evid. 401-403.

    C:  Pgs. 102:13–103:16 Irrelevant. Fed. R. Evid. 401-403.

    D:  Pg. 103:24-25. Irrelevant. Fed. R. Evid. 401-403.

4. The Deposition of John Lee Harden

    A:  Pgs. 102:5- 103: 25. Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

    B: Pg. 104:8-21 Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

    C: Pg. 110:4-20. Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

    D:  Pgs. 111:15-112:9 Hearsay, irrelevant, without foundation. Fed. R. Evid. 401-403, 602, 801.

## CONCLUSION

Plaintiffs these enumerated objections be sustained.

Dated:   July 21, 2015                    Respectfully submitted,

Law Offices of GREEN & GREEN, LLP


/S/ *Geri Lynn Green*
Geri Lynn Green, Attorney at law
Attorney for Plaintiffs

**Plaintiffs' OBJECTIONS TO EVIDENCE**      5
*Lemire v. CDCR.*
Case No.  2:08-CV-00455-GEB-EFB