GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
4 Embarcadero Center, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiffs SHERIE LEMIRE, GERARD ST. JOVITE, NICOLE ST. JOVITE, THE ESTATE OF ROBERT ST. JOVITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al, <br><br> Defendants. | **Case No.  2:08-CV-00455-GEB-EFB** <br><br> **Stipulation and Order for Extension of Deadline to Take the Deposition of Gerard St. Jovite Due to His Medical Unavailability, File Objections to Transcript Designations** |

The undersigned hereby stipulate to and request extensions of the discovery deadline for the taking of the deposition of Gerard St. Jovite to July 27, 2015 and the

**Stip. & Ord. to Cont. Deadline**
 Case No.  2:08-CV-00455-GEB-EFB

1

filing Objections to transcript counter designations to August 4, 2015.

Gerard St. Jovite, father of the deceased and one of the Plaintiffs in this action, has recently suffered multiple cardiac events and is now suffering with various related medical conditions for which he has just had two successive major surgeries which will preclude his ability to testify at trial.  Defendants did not take his deposition prior to this time, and Plaintiffs had anticipated his testimony to be presented, live, at trial.  That is no longer possible given his medical condition.

The parties request that the Court extend the deadline for the taking of Mr. St. Jovite's deposition to July 27, 2015, in order to allow the parties to preserve his testimony for presentation at trial which is scheduled to start on  August 4, 2015.

The parties agree that Mr. St. Jovite's deposition will be videotaped, with Plaintiffs bearing all costs related to the audio/video recording of the deposition and expediting the transcript.  The parties further agree that the jury will not be told why Mr. St. Jovite could not appear in person at the trial (i.e., his medical conditions).

**Stip. & Ord. to Cont. Deadline**
Case No.  2:08-CV-00455-GEB-EFB

The parties also request that the Court allow them to file objections to designations of transcripts and audio visual recordings of that testimony.  Designations and objections to be due no later than  August 4, 2015.

IT IS SO STIPULATED.

Dated:  July 24, 2015              Respectfully submitted,

                                   LAW OFFICES OF GREEN & GREEN, LLP

                                   /s/ Geri Lynn Green
                                   Geri Lynn Green
                                   Attorneys for Plaintiff

Dated:  July 24, 2015              KAMALA D. HARRIS
                                   Attorney General of California
                                   CHRISTOPHER J. BECKER
                                   Supervising Deputy Attorney General

                                   /s/ Diana Esquivel

                                   Diana Esquivel
                                   Deputy Attorney General
                                   Attorneys for Defendants

**Stip. & Ord. to Cont. Deadline**              3
 Case No.  2:08-CV-00455-GEB-EFB

**O R D E R**

The parties' stipulated request for an extension of the discovery deadline for the limited purpose of taking the deposition of Gerard St. Jovite to preserve his testimony for trial is granted. The parties have until July 27, 2015 to complete the deposition, and designations and objections to the deposition transcript shall be filed no later than August 4, 2015.

IT IS SO ORDERED.

Dated: July 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stip. & Ord. to Cont. Deadline**
Case No. 2:08-CV-00455-GEB-EFB

4