GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
4 Embarcadero Center, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiffs SHERIE LEMIRE, GERARD ST. JOVITE, NICOLE ST. JOVITE, THE ESTATE OF ROBERT ST. JOVITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERIE LEMIRE, et. al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br><br>         Defendants. | **Case No.  2:08-CV-00455-GEB-EFB**<br><br>**Stipulation and Proposed Order for Extension of Deadline To File Dispositional Documents** |

The undersigned hereby stipulate to and request an extension of the deadline to file dispositional documents presently set for September 2, 2015 (Doc. 241) to October 25, 2015. This joint request is made on the grounds that the settlement agreement entered into by the parties calls for the

**Stip. & Proposed Ord. to Cont. Deadline**
 Case No. 2:08-CV-00455-GEB-EFB

1

dismissal of the entire action seven days after the settlement amount is paid.  The agreement provides that the California Department of Corrections and Rehabilitation (CDCR) has up to four months from August 31, 2015 to pay the amount.

If the amount is not paid by October 18, 2015, the parties will inform the Court and will file another joint request to continue the Order to Show Cause hearing and deadline to file dispositional docs to January 2016 to allow the CDCR to comply with the Agreement.  However, it is the intent of the parties to have the matter concluded by October 25, 2015.

The parties therefore request that the Court extend the deadline to file dispositional documents presently set for September 2, 2015 to October 25, 2015, in order to allow the terms of the settlement agreement to be satisfied.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 1, 2015     LAW OFFICES OF GREEN & GREEN, LLP

/s/  *Geri Lynn Green*
Geri Lynn Green
Attorneys for Plaintiff

Dated: September 1, 2015     KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

/s/  *Diana Esquivel*

Diana Esquivel
Deputy Attorney General
Attorneys for Defendants

**Stip. & Proposed Ord. to Cont. Deadline**
Case No.  2:08-CV-00455-GEB-EFB

2

**O R D E R**

The parties' stipulated request for extension of of the deadline to file dispositional documents previously set for September 2, 2015 to October 25, 2015 is GRANTED. The date to file dispositional documents is hereby extended to October 25, 2015.

    IT IS SO ORDERED.
Dated:   September 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge